UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

WILLIAM WADE                                                                                         PLAINTIFF

V.                                      No. 4:21CV00396-JM

RODNEY WRIGHT, Sheriff;
DOES, Officers, Saline County Detention Center                                      DEFENDANTS

## ORDER

Plaintiff William Wade has not complied with the May 12, 2021 Order directing him to pay the $402 filing fee in full or file a complete application to proceed *in forma pauperis*. *Doc. 3.* The time to do so has expired. Mail sent to Wade at his address of record, the Saline County Detention Center, has been returned as undeliverable, with no forwarding address. *Docs. 5 & 6.*

Therefore, this case is dismissed without prejudice due to a lack of prosecution. Fed. R. Civ. P. 41 (b); Local Rule 5.5(c)(2). It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 14th day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

WILLIAM WADE                                                                                      PLAINTIFF

V.                                      No. 4:21CV00396-JM

RODNEY WRIGHT, Sheriff;
DOES, Officers, Saline County Detention Center                                DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

DATED this ___ day of _____, 2021.

_____
UNITED STATES DISTRICT JUDGE