**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

WILLIAM WADE                                                                  PLAINTIFF

V.                                              No. 4:21CV00396-JM

RODNEY WRIGHT, Sheriff;
DOES, Officers, Saline County Detention Center                DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, this case is dismissed without

prejudice. All relief sought is denied, and the case is closed.

DATED this 15th day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE